1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ISOM TEAGUE,                                  )   Case No. CV 09-8848 JCG
                                              )
                 Plaintiff,                   )
                                              )   **JUDGMENT**
        v.                                    )
                                              )
MICHAEL J. ASTRUE,                            )
COMMISSIONER OF SOCIAL                        )
SECURITY ADMINISTRATION,                      )
                                              )
                 Defendant.                   )
_____          )

        IT IS ADJUDGED that the decision of the Commissioner of the Social

Security Administration is **AFFIRMED**.


DATED: December 7, 2010.


_____
                                Hon. Jay C. Gandhi
                                United States Magistrate Judge